

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                              Criminal No. 16-cr-20491

                              Honorable Mark A. Goldsmith

Duwane M. Hayes,

    Defendant.

---

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

---

    I, Duwane M. Hayes, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

    I know that if I am convicted or plead guilty, I may be sentenced as follows:

COUNT ONE: Felon in Possession of a Firearm: Up to 10 Years Imprisonment and a Fine Up to $250,000

                                                        */s/ Duwane M. Hayes*
                                                        Duwane M. Hayes
                                                        Defendant

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
Counsel for Defendant

Dated: 1/18/19